THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Kenneth E.
 Wright and Bonnie L. Wright, Petitioners,
 v.
 Hiester
 Construction Co., Inc. and Dilia And Odin Painting Co., Respondents.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
 APPEALS

Appeal From Beaufort County
Jackson V. Gregory, Circuit Court Judge
Memorandum Opinion No.  2009-MO-035
Submitted June 24, 2009  Filed June 29,
 2009  
REVERSED AND REMANDED

 
 
 
 Bradford N. Martin and Laura W. H. Teer, of Bradford N. Martin
 & Associates, of Greenville, for Petitioners.
 Jonathan  Anderson, of Anderson & Reynolds, LLC, of Charleston, and Stephen L. Brown, Duke R. Highfield, and Russell G. Hines, of Young Clement
 Rivers, LLP, of Charleston, for Respondents.
 
 
 

PER
 CURIAM:   Following a verdict in respondents favor, petitioners made a
 motion for judgment notwithstanding the verdict (JNOV), or in the alternative,
 a new trial.  The circuit court denied the motion.  The Court of Appeals
 affirmed the denial of the motion pursuant to Rule 220(b)(1), SCACR, citing rules and case law indicating
 petitioners failed in their burden of providing a sufficient record to show the
 motion was timely made..  Wright v. Hiester, Op. No. 2008-UP-151 (S.C. Ct. App. filed March 10, 2008)        . 
 Petitioner has filed a petition for a writ of certiorari seeking review of the
 Court of Appeals decision.  Because respondents concede petitioners motion was timely, we grant the petition for a
 writ of certiorari, dispense with further briefing and remand this case to the
 Court of Appeals for consideration of the issues on appeal.
REVERSED
 AND REMANDED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.